NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**STEVEN CHU, SECRETARY OF ENERGY,**
*Appellant,*

**v.**

**THE BOEING COMPANY,
(SUCCESSOR-IN-INTEREST OF ROCKWELL
INTERNATIONAL CORPORATION),**
*Appellee.*

------------------------------------------------------------------

**THE BOEING COMPANY,
(SUCCESSOR-IN-INTEREST OF ROCKWELL
INTERNATIONAL CORPORATION),**
*Appellant,*

**v.**

**STEVEN CHU, SECRETARY OF ENERGY,**
*Appellee.*

---

2011-1304, -1317

---

Appeals from the Armed Services Board of Contract Appeals in nos. 337, 338, 339, and 978, Administrative Judge R. Anthony McCann.

---

## ON MOTION

---

## ORDER

The Boeing Company moves to substitute James J. Gallagher as principal counsel and to designate S. Jean Kim as of counsel.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.  Counsel for The Boeing Company should promptly file new entries of appearance.

FOR THE COURT

**MAY 0 7 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  James J. Gallagher, Esq.
     S. Jean Kim, Esq.
     Domenique Kirchner, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 0 7 2012

JAN HORBALY
CLERK